Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-08-00339-CV

Roxanna **RAMIREZ** and Armando M. Gonzalez,
Appellants

v.

**PAUL YOUNG AUTO GROUP III, LLC** d/b/a Paul Young Co.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVQ-001723-D1
Honorable Jose A. López, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   September 3, 2008

DISMISSED

Before the court is appellants' motion for voluntary dismissal. Appellants' motion to dismiss

is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of appeal are taxed

against the appellants. *See id.* at (d).

PER CURIAM